LENORE C. MINTZ, CHAIRMAN OF THE BOARD OF EDUCATION OF THE CITY OF NORWALK, ET AL.
*v.* NORWALK TEACHER'S ASSOCIATION ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Frank W. Murphy,* corporation counsel, with whom was *E. Terry Durant,* for the appellees (plaintiffs).

*Arnold J. Bai,* with whom were *Alfred J. Jennings, Jr.,* and *John A. Vigilante,* for the appellants (defendants).

Argued December 2—decided December 2, 1969

EASTERN CONSOLIDATORS, INC. *v.* W. L. MCAVINEY PROPERTIES, INC.

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Robert K. Walsh,* for the appellee (defendant).

*W. Paul Flynn,* for the appellant (plaintiff).